STATE v. DAVIS

No. 178 PC.

Case below: 54 N.C. App. 596.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. DOVE

No. 161 PC.

Case below: 54 N.C. App. 692.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. FAULKNER

No. 179 PC.

Case below: 55 N.C. App. 267.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STATE v. GREEN

No. 13 A 82.

Case below: 55 N.C. App. 255.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STATE v. GRIMMETT

No. 175 PC.

Case below: 54 N.C. App. 494.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.